ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN -9 PM 3:31
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-023 |
| CLAUDE GRAHAM, | * | |
| Defendant. | * | |

# ORDER

On December 18, 2014, Defendant filed a motion to substitute Joshua Kight, conservator for Claude Graham, as Defendant in this case. (Doc. no. 23.) This substitution was necessitated by a rapid and early onset of dementia that eliminated Mr. Graham's capacity to manage his own financial affairs. Mr. Kight currently serves as Mr. Graham's conservator, is familiar with Mr. Graham's affairs, and consents to being substituted as the defendant in this case. Plaintiff also consents. After adequate notice pursuant to Federal Rule of Civil Procedure 25(a)(3),

**IT IS THEREFORE ORDERED** that Defendant's motion (doc. no. 23) is **GRANTED**. Joshua Kight, in his official capacity as conservator for Claude Graham, is hereby substituted for

Claude Graham as Defendant in this case.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE