ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -4 PM 3:31
CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 314-023 |
| JOSHUA KIGHT, in his official capacity as Conservator for Claude Graham, | * * * * * | |
| Defendant. | * | |

**O R D E R**

On April 30, 2015, Defendant filed a motion to stay any further proceedings in this case for a period of ninety days to allow the parties to execute a settlement agreement and obtain approval of that agreement in the Probate Court of Dodge County, Georgia. (Doc. no. 32.) Plaintiff consents to Defendant's request, as the proposed settlement will resolve all pending issues as to Defendant's liability, liquidation of the amount of the claim, and the terms for satisfaction of that claim.

Upon due consideration, **IT IS ORDERED** that Defendant's motion for stay (doc. no. 32) is **GRANTED**. Further proceedings in this matter are stayed until July 31, 2015.

**IT IS FURTHER ORDERED** that on or before July 31, 2015,

the parties shall submit a status report to the Court regarding the resolution of Plaintiff's pending motion for summary judgment (doc. no. 17) or the necessity of additional time to obtain approval of the settlement agreement.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE