ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 31 PM 4:02

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-023 |
| JOSHUA KIGHT, in his individual capacity as Conservator for Claude Graham, | * | |
| Defendant. | * | |

## O R D E R

On May 4, 2015, the Court ordered the parties to submit a status report on or before July 31, 2015, regarding the resolution of Plaintiff's pending motion for summary judgment or the necessity of additional time to obtain approval of the settlement agreement. (Doc. no. 33.) On July 31, 2015, the parties filed a status report stating that they expect the settlement to be consummated in the near future and requesting leave to submit an updated status report on or before September 30, 2015. (Doc. no. 34.) Upon due consideration, the parties' request is **GRANTED**.

**IT IS ORDERED** that *on or before* September 30, 2015, the parties shall submit a status report to the Court regarding the resolution of Plaintiff's pending motion for summary

judgment (doc. no. 17) or the necessity of additional time to obtain approval of the settlement agreement.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE