ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 DEC -4 AM 10: 37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-023 |
| JOSHUA KIGHT, in his official capacity as Conservator for Claude Graham, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' status report filed on September 30, 2015. (Doc. no. 39.) In their report, the parties indicate that settlement documents have been executed and that they expect settlement to be finalized within sixty days of approval by the Probate Court of Laurens County, Georgia. Accordingly, the Court **ORDERS** the parties to file a stipulation of dismissal or a revised joint status report **no later than January 8, 2016.**

**ORDER ENTERED** at Augusta, Georgia, this 4th day of December, 2015.

UNITED STATES DISTRICT JUDGE