ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JAN 11 PM 4:02
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA KIGHT, in his official capacity as Conservator for Claude Graham,<br><br>Defendant. | CV 314-023 |

# O R D E R

On January 8, 2016, the parties filed a "Joint Stipulation of Dismissal with Prejudice." (Doc. no. 41.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs, except as otherwise provided by the parties' settlement agreement.

**ORDER ENTERED** at Augusta, Georgia, this 11 day of January, 2016.

UNITED STATES DISTRICT JUDGE